An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICOLE CHRISTINE FOLLOWILL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 67041 <br><br>**FILED**<br><br>MAY 18 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>CHIEF DEPUTY CLERK |

### ORDER AFFIRMING IN PART, REVERSING IN PART AND REMANDING

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of voluntary manslaughter with use of a firearm. Ninth Judicial District Court, Douglas County; Michael P. Gibbons, Judge.

Appellant contends that the district court erred by ordering her to pay $6,000 in restitution because she and the State had stipulated that she would pay $1,000. The State agrees that $1,000 is the appropriate restitution award. Accordingly, we

ORDER the judgment of the district court REVERSED as to the restitution award and AFFIRMED in all other respects and REMAND this matter for the entry of an amended judgment of conviction consistent with this order.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-15218

cc: Ninth Judicial District Court Dept. 2
Derrick M. Lopez
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk

Supreme Court
of
Nevada

(O) 1947A